# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Carol S. Anderson, *et al.*<br><br>      Debtors/Debtors-in-Possession,<br>_____<br>Ayad M. Nahlawi,<br><br>      Appellant,<br><br>      v.<br><br>Mark E. Anderson and Carol S. Anderson,<br><br>      Appellees. | No. 13-38712<br>Judge Pamela S. Hollis<br>Chapter 11<br>(Jointly Administered and<br>Substantively Consolidated)<br>Adv. No. 14-00479<br><br><br><br>No. 15 C 1161<br>Judge James B. Zagel |

## MEMORANDUM OPINION AND ORDER

      This case is about Appellant Ayad M. Nahlawi's repeated and continued failure to meet court-ordered and statutorily imposed deadlines. After the Bankruptcy Court dismissed Nahlawi's Adversary Complaint for being untimely filed, Nahlawi filed an untimely motion to extend time for appeal, which was denied. Not surprisingly, when Nahlawi appealed the Bankruptcy Court's decision, he failed to file a statement of issues and designation of record within the deadlines imposed by Rule 8009 of the Federal Rules of Bankruptcy Code.

      Presently before this court is Appellees' motion to dismiss Nahlawi's appeal under Rules 8001 and 8009 of the Federal Rules of Bankruptcy Procedure. Although timeliness issues under Rule 8009 are a matter of discretion, multiple failures are generally unacceptable. Accordingly, I am granting Appellees' motion to dismiss Nahlawi's appeal with prejudice.

      ENTER:

*[signature: James B. Zagel]*

James B. Zagel
United States District Judge

DATE: March 26, 2015

1